In the Matter of the Transfer Tax upon the Estate of James B. M. Grosvenor, Deceased.

The Comptroller of the State of New York, Appellant; Rhode Island Hospital Trust Company, Respondent.

*Matter of Grosvenor,* 126 App. Div. 953, affirmed.
(Argued November 10, 1908; decided November 24, 1908.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June

26, 1908, which affirmed an order of the New York county Surrogate's Court declaring the estate of the decedent herein exempt from transfer taxation.

*D. Cady Herrick* and *Charles P. Robinson* for appellant.

*Robert McC. Marsh* and *Charles P. Howland* for respondent.

Order affirmed, with costs, on the authority of *Matter of King* (71 App. Div. 581), affirmed on opinion below in 172 N. Y. 616; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.